JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG HEE PARK, | CV 19-3918 PA (AGRx) |
|     Plaintiff, | JUDGMENT |
| v. | |
| OCOK LLC, | |
|     Defendant. | |

Pursuant to the Court's August 6, 2019 Minute Order dismissing this action for failure to prosecute or comply with the Court's orders,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: August 6, 2019

                                              Percy Anderson
                                   UNITED STATES DISTRICT JUDGE